Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained.

**No. 46659.**—Protests 980986–G, etc., of F. W. Myers & Co., Inc. (Ogdensburg).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained.

**No. 46660.**—Protests 972369–G, etc., of F. W. Myers & Co., Inc. (Ogdensburg).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained.

**No. 46661.**—Protests 17332–K, etc., of F. W. Myers & Co. (Ogdensburg).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained.

**No. 46662.**—Protests 41211–K, etc., of Central Vermont Railway, Inc. (St. Albans).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained.

**No. 46663.**—Protests 48748–K, etc., of A. N. Deringer, Inc. (St. Albans).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained.

**No. 46664.**—Protests 766364–G, etc., of American Grocery Co. et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, DECEMBER 10, 1941.

**No. 46665.**—Protest 992341–G of Continental Mdse. Co. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the wooden cabinets are similar in all material respects to those the subject of Abstract 45513, the claim at 33⅓ percent under paragraph 412 was sustained.

**No. 46666.**—Protest 62635–K of Wing Woh Chong Hing Kee Co. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of crude drugs the same in all material respects as those passed upon in *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372). The drugs were therefore held entitled to free entry under paragraph 1669 as claimed.

**No. 46667.**—Protest 760902–G of R. W. Gresham (Cleveland).

Opinion by CLINE, J. When the case was called for trial the protest was submitted without evidence in support of the claims made. On the papers presented the protest was overruled.

**No. 46668.**—Protest 64345–K of H. Schnell & Co. (New York).

Opinion by CLINE, J. When the case was called for trial there was no appearance on the part of the plaintiffs. There was nothing in the record to overcome the presumption of correctness attaching to the collector's action. The protest was therefore overruled.

**No. 46669.**—Protests 62749–K, etc., of Gargiulo & Amendola, Inc., et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46670.**—Protests 985563–G, etc., of Balfour Guthrie & Co., Ltd. (New York).